# Exhibit A

# Ann C. Flannery

**From:** Bologna, Jason (USAPAE) <Jason.Bologna@usdoj.gov>
**Sent:** Monday, January 31, 2022 12:09 PM
**To:** Ann C. Flannery
**Cc:** Costello, Mary Kay (USAPAE)
**Subject:** Proffer Notes - Mitchell White

Ann,

    I am writing to follow-up on a discovery issue. The DEA agent (Daniel Soeffing) who prepared the DEA-6 for the Mitchell White proffer confirmed he took notes on his computer and, after the proffer ended, he used those notes to write up the DEA-6. Given that approach, there are no handwritten notes and there are no computer-generated notes because they have been converted into the DEA-6. You have that DEA-6. None of the other agents at the proffer took notes.

    I believe this addresses your questions/concerns. If not, please let me know.

Sincerely,
Jason

Jason P. Bologna
Assistant United States Attorney
U.S. Attorney's Office for the Eastern District
of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
(215) 861-8499 (office)
(215) 764-9795 (cell)
(215) 861-8618 (fax)
jason.bologna@usdoj.gov

1