# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 18-101-06** |
| | : | |
| **MITCHELL WHITE** | : | |

# ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of Defendant Mitchell White's Motion to Join Specified Motions of Co-Defendants (Dkts. 127 and 399),

IT IS HEREBY ORDERED that the Motion is GRANTED.

BY THE COURT:

_____
**HON. GENE E.K. PRATTER**
**United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 18-101-06 |
| | : | |
| **MITCHELL WHITE** | : | |

**DEFENDANT MITCHELL WHITE'S MOTION TO JOIN
SPECIFIED MOTIONS OF CO-DEFENDANTS (Dkts. 127 and 399)**

Defendant, Mitchell White, by and through undersigned counsel, respectfully moves this Honorable Court to permit him to join the following motions of co-defendants:

1. Defendant Hollis' Motion *in Limine* to Preclude Use of the Term "Pill Mill" [Dkt. 127].

2. Defendant Nikparvar-Fard's Motion to Exclude Co-Defendants' Statements Pursuant to *United States v. Bruton* [Dkt. 399]. Defendant White submits that the arguments contained therein extend to any statements by non-testifying co-defendants that the government may seek to introduce against him at trial, including statements that do not pertain directly to him but which purport to support the government's theories of conspiracy and/or the liability of a principal whom Mr. White is alleged to have aided and abetted.

Respectfully submitted,

*/s/ Ann C. Flannery*

ANN C. FLANNERY
Law Offices of Ann C. Flannery, LLC
1835 Market Street, Suite 2700
Philadelphia, PA 19103
215.636.9002
acf@annflannerylaw.com

Attorney for Mitchell White

Date: May 13, 2022

## CERTIFICATE OF SERVICE

I, Ann C. Flannery, counsel for defendant Mitchell White, hereby certify that on this 13th day of May, 2022, I caused a true and correct copy of the foregoing

**MOTION TO JOIN SPECIFIED MOTIONS OF CO-DEFENDANTS (Dkts. 127 and 399)**

to be served by ECF upon all counsel of record, including the following:

>Christopher Parisi
>U.S. Attorney's Office
>615 Chestnut Street, Suite 1250
>Philadelphia, PA 19106-4476
>Christopher.Parisi@usdoj.gov

>Mary Kay Costello
>U.S. Attorney's Office
>615 Chestnut Street, Suite 1250
>Philadelphia, PA 19106
>Marykay.Costello@usdoj.gov

*/s/ Ann C. Flannery*

ANN C. FLANNERY
Law Offices of Ann C. Flannery
1835 Market Street, Suite 2700
Philadelphia, PA 19103
215.636.9002
acf@annflannerylaw.com