IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: August 8, 2022 |
| vs. | : | |
| | : | |
| MITCHELL WHITE | : | CRIMINAL NO. 18-101-6 |
| 1211 S. 2ⁿᵈ Street | | |

1211 S. 2nd Street
Apartment #3
Philadelphia, PA 19147

## NOTICE OF HEARING

        **TAKE NOTICE** that the above-named defendant has been scheduled for **JURY TRIAL** on **January 9, 2023** at **10:00 A.M.,** before the Honorable Gene E. K. Pratter in Courtroom 10-B of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A        interpreter will be required for the defendant.
☐ **Hearing rescheduled from:**
For additional information, please contact the undersigned.

                    Michael Coyle,
                    Deputy Clerk to Judge Pratter

                Notice to:
                    Defendant
                    Ann C. Flannery, Esq., Defense Counsel
                    Mary Kay Costello, A.U.S.A.
                    U.S. Marshal
                    Probation Office
                    Pretrial Services
                    Interpreter Coordinator