# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 18-101-06 |
| | : | |
| MITCHELL WHITE | : | |

## ORDER

AND NOW, this 17th day of August, 2022, upon consideration of Defendant Mitchell White's Motion to Join Specified Motions of Co-Defendants (Dkts. 127 and 399),

IT IS HEREBY ORDERED that the Motion is GRANTED.

BY THE COURT:

/s/ Gene E.K. Pratter
**HON. GENE E.K. PRATTER**
United States District Court Judge