# Exhibit A

# Ann C. Flannery

**From:** Ann C. Flannery
**Sent:** Tuesday, October 22, 2019 5:34 PM
**To:** Bologna, Jason (USAPAE)
**Subject:** Dr. Nik case/Mitchell White

Jason -

In speaking with other defense attorneys on the case, others too have found patient files referenced in Dr. Thomas' report to be completely missing. I understand that you've provided at least one of the defense attorneys with a copy of the files as you provided them to Dr. Thomas. Could you please provide that material to me? Otherwise I'll try to put together a list of all the files that appear to be missing in the discovery and ask that those files be produced, but the former option might be simpler on both ends.

Thanks,
Ann

**Law Offices of Ann C. Flannery, LLC**
**1835 Market Street, Suite 2700**
**Philadelphia, PA 19103**
215.636.9002
215.636.9899 (fax)
acf@annflannerylaw.com
www.annflannerylaw.com



This message has been sent by a law office and may be a privileged communication. If this message has reached you in error, please notify the sender immediately and delete the message.