**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 18-101-06** |
| | : | |
| **MITCHELL WHITE** | : | |

# ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of Defendant Mitchell White's Motion to Join Defendant Nikparvar-Fard's Motion to Compel Discovery and Dismiss the Superseding Indictment (Dkt. 462),

IT IS HEREBY ORDERED that the Motion is GRANTED.

BY THE COURT:

_____
**HON. GENE E.K. PRATTER**
**United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 18-101-06** |
| | : | |
| **MITCHELL WHITE** | : | |

**DEFENDANT MITCHELL WHITE'S MOTION TO JOIN
DEFENDANT NIKPARVAR-FARD'S MOTION TO COMPEL
DISCOVERY AND DISMISS THE SUPERSEDING INDICTMENT (Dkt.462)**

Defendant, Mitchell White, by and through undersigned counsel, respectfully moves this Honorable Court to permit him to join Defendant Nikparvar-Fard's Motion to Compel Discovery and Dismiss the Superseding Indictment (Dkt. 462)("the motion").  Insofar as the motion seeks to compel discovery, it is equally applicable to Mr. White.  Insofar as the motion seeks to dismiss the superseding indictment, the reasons set forth therein supplement those set forth in Mr. White's Motion to Dismiss the Charges Against Him (Dkt. 464).

Respectfully submitted,

_ANN C. FLANNERY_
Law Offices of Ann C. Flannery, LLC
1835 Market Street, Suite 2900
Philadelphia, PA 19103
215.636.9002
*acf@annflannerylaw.com*

Attorney for Mitchell White

Date: October 27, 2022

## CERTIFICATE OF SERVICE

I, Ann C. Flannery, counsel for defendant Mitchell White, hereby certify that on this 27th day of October, 2022, I caused a true and correct copy of the foregoing Motion to Join Defendant Nikparvar-Fard's Motion to Compel Discovery and Dismiss the Superseding Indictment (Dkt. 462) to be served by ECF upon all counsel of record, including the following:

>Christopher Parisi
>U.S. Attorney's Office
>615 Chestnut Street, Suite 1250
>Philadelphia, PA 19106-4476
>Christopher.Parisi@usdoj.gov

>Mary Kay Costello
>U.S. Attorney's Office
>615 Chestnut Street, Suite 1250
>Philadelphia, PA  19106
>Marykay.Costello@usdoj.gov

_____
ANN C. FLANNERY
Law Offices of Ann C. Flannery
1835 Market Street, Suite 2900
Philadelphia, PA 19103
215.636.9002
acf@annflannerylaw.com