IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Date of |
| : | Notice: November 2, 2022 |
| vs. : | |
| : | |
| MITCHELL WHITE : | CRIMINAL NO. 18-101-6 |
| 1211 S. 2nd Street | |
| Apartment #3 | |
| Philadelphia, PA 19147 | |

### NOTICE OF HEARING

**TAKE NOTICE** that the above-named defendant has been scheduled for **MOTION HEARING** on **November 14, 2022** at **10:30 A.M.**, before the Honorable Gene E. K. Pratter in Courtroom 10-B of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.
☐ **Hearing rescheduled from:**
For additional information, please contact the undersigned.

                                         Michael Coyle,
                                         Deputy Clerk to Judge Pratter

        Notice to:
           Defendant
           Ann C. Flannery, Esq., Defense Counsel
           Mary Kay Costello, A.U.S.A.
           U.S. Marshal
           Probation Office
           Pretrial Services
           Interpreter Coordinator