# Exhibit C

## Ann C. Flannery

| | |
|---|---|
| From: | Ann C. Flannery |
| Sent: | Thursday, January 5, 2023 5:14 PM |
| To: | marykay.costello@usdoj.gov |
| Cc: | Christopher.parisi@usdoj.gov |
| Subject: | Thomas Slides |
| Attachments: | 21.12.23 and 12.22.21 Objections to Thomas Slides.pdf |

Mary Kay –

In case you are intending to use the Thomas slides that were previously conveyed in discovery, I wanted to remind you of my objections, attached. Please let me know if you intend to use these slides without the requested modifications, so that I can raise any remaining objections prior to Dr. Thomas' testimony.

Thank you,
Ann

**Law Offices of Ann C. Flannery, LLC**
**1835 Market Street, Suite 2900**
**Philadelphia, PA 19103**
215.636.9002
215.636.9899 (fax)
acf@annflannerylaw.com
www.annflannerylaw.com



This message has been sent by a law office and may be a privileged communication.
If this message has reached you in error, please notify the sender immediately
and delete the message.

EXHIBIT C

1